NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**FRANK J. KAKUK,**

*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**

*Respondent-Appellee.*

---

2010-7023

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 07-1126, Judge Alan G. Lance,

## ON APPLICATION

---

## ORDER

Frank J. Kakuk submits an application for fees and expenses under the Equal Access to Justice Act.

Upon consideration thereof,

The Secretary of Veterans Affairs is directed to respond within 14 days from the date of filing of this order.

FOR THE COURT

'JUL 1 2011
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Richmond J. Brownson, Esq.
    Meredyth Cohen Havasy, Esq.

s8

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

JUL 0 1 2011

**JAN HORBALY**
**CLERK**